## Welshire *v.* Bruaw et al., Appellants.

Argued May 26, 1938.   Before KEPHART, C. J., SCHAF-
FER, MAXEY, DREW, LINN, STERN and BARNES, JJ.

394

396

398

*R. D. Hospers,* with him *Benjamin F. Umberger,* for appellants.

*Braddock & Sohn,* for appellee, were not heard.

PER CURIAM, June 17, 1938:
We affirm the order on the excerpts from the opinion of the court below which appear in the Reporter's Note.
Order affirmed.